

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00391-CR

**JOSE EDUARDO CASTILLO,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 10-02592-CRF-272

## O R D E R

Appellant's brief was due July 26, 2013. Appellant failed to file a brief or a motion for extension of time to file his brief which prompted correspondence from the Clerk dated July 30, 2013 informing appellant that his brief was overdue. As of the date of this order, he has still not filed a brief or a motion for extension of time to file his brief.

However, the trial court, acting in response to the Clerk's correspondence dated July 30, 2013 and taking a proactive role in the timely disposition of this appeal,

requested a report from appellant regarding the status of his brief. Appellant responded to the trial court's request for a report. After the trial court received appellant's response, we received a notice from the trial court, dated August 6, 2013, indicating that appellant would work toward filing the brief within 30 days from the trial court's August 6, 2013 correspondence.

Because the trial court took a proactive approach to the timely disposition of this appeal, rather than abate this proceeding as described in the Clerk's July 30, 2013 correspondence, we acknowledge the trial court's determination that appellant would work toward filing a brief within thirty days from the date of appellant's correspondence to the trial court and hereby ORDER appellant's brief to be filed with this Court by 5:00 p.m. on September 5, 2013.

If the brief or a motion for extension of time to file the brief is not timely filed, this appeal will then be abated to the trial court to conduct a formal hearing pursuant to Rule 38.8(b)(2) & (3) of the Texas Rules of Appellate Procedure.


PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed August 29, 2013